**Calvin WHITMORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD35949.**

Missouri Court of Appeals,
Western District.

Feb. 5, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
April 2, 1985.

Joseph H. Locascio, Sp. Public Defender, Stephanie Warmund, Certified Law Student, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate judgment and sentences. Movant pleaded guilty to one count of robbery in the first degree and one count of stealing from a person, and was sentenced to terms of ten years and two years, to run concurrently.

Judgment affirmed. Rule 84.16(b).